Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:    Subhashini Singh Coburn <br>          Debtor(s) | Case No.: 25–40495 WJL 13 <br> Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 4/15/2025. Therefore, it is ordered that this case be **dismissed**.

- ☐ Order to File Required Documents and Notice of Automatic Dismissal
- ☐ Order and Notice Regarding Failure to Pay Filing Fee
- ☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
- ☐ Order Granting the Application to Pay Filing Fee in Installments
- ☑ Other: Order Granting Motion to Extend Time

Dated: 4/30/25

By the Court:

William J. Lafferty
United States Bankruptcy Judge