```
 1  Martha G. Bronitsky
    Chapter 13 Standing Trustee
 2  Po Box 5004
    Hayward,CA 94540
 3  (510) 266 - 5580

 4
    Trustee for Debtor(s)
```

| In re | |
|---|---|
| Subhashini Singh Coburn | Chapter 13 Case No. 25-40495-WJL13 |
| debtor(s) | |

**Trustee's Motion to Dismiss Chapter 13 Case for Unreasonable Delay that is Prejudicial to Creditors; Declaration and Notice and Opportunity to Object**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, files this Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c)(1) upon the debtor(s)' unreasonable delay that is prejudicial to creditors.

1. Failure to file Balance of Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and Chapter 13 Plan.

TO AVOID DISMISSAL

Within 21 days of this notice, YOU MUST resolve the issue or file an opposition/request for hearing detailing why the case should not be dismissed stating specific actions you have taken or will take to resolve the issue.

You should contact your attorney immediately to be advised of your legal options.

If you do not timely take action, YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(3)(A) NOTICE IS HEREBY GIVEN:

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party with 21 days of the mailing of notice; any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely obejction to the requested relief or a request for hearing, the court may enter an order granting relief by default.

In the event of a timely objection or request for hearing, (either): the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or the tentative hearing date, location, and time are "n/a".

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 30, 2025                                   /s/ Martha G. Bronitsky
                                                       Signature of Martha G. Bronitsky
                                                       Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Subhashini Singh Coburn<br>390 Jayne Ave<br>Oakland,CA 94601 | Pro Per<br><br>(Counsel for Debtor) |
| (Debtor(s)) | |
| Date: 4/30/2025 | /s/ Eliemary De Guzman<br>Eliemary De Guzman |